An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYRELL GILL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66567

**FILED**

OCT 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from the district court's denial of a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from the aforementioned decision. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Jessie Elizabeth Walsh, District Judge
Brent D. Percival
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Tyrell Gill

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33684